IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT L. LUMPKIN AND
THELMA LUMPKIN                                                                                      PLAINTIFFS

VERSUS                                                         CIVIL ACTION NO. 3:07cv325-TSL JES

BUTCH OUSTALET, INC.; AMERICREDIT
FIRST ASSURANCE  LIFE OF AMERICA;
AND JOHN DOES A THROUGH Z                                                              DEFENDANTS

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

CAME ON FOR HEARING the joint *ore tenus* motion of Plaintiffs Robert L. Lumpkin and Thelma Lumpkin (the "Lumpkins") and Defendants AmeriCredit Financial Services, Inc. ("AmeriCredit"), Butch Oustalet, Inc., and First Assurance Life of America ("First Assurance"), for entry of an Agreed Final Judgment of Dismissal With Prejudice. Accordingly, having been advised by the Parties that there are no further matters to be resolved between them in this matter and recognizing that this is an Agreed Judgment, this Court FINDS the relief jointly requested by the Parties to be well-taken.

WHEREFORE, IT IS HEREBY FINALLY ADJUDGED THAT:

(1)     All Plaintiffs' claims against all Defendants herein are DISMISSED WITH PREJUDICE;

(2)     This Action in its entirety is hereby DISMISSED WITH PREJUDICE;

(3)     Each Party to this Action shall bear its, his or her own costs, with respect to this Action; and

(4)     This is a Final Judgment within the meaning of Rule 54(b) of the Federal Rules of Civil Procedure and that any appeal of this Order must be brought within the time

provided by law from the date of entry of same.

SO ORDERED and ADJUDGED, this the 1st day of   November,  2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED BY:


| s/Mark D. Lumpkin | s/Kimberly P. Mangum |
| --- | --- |
| Mark D. Lumpkin (MSB # 8864) | Kimberly P. Mangum (MSB # 99260) |
| LUMPKIN & REEVES, PLLC | Barfield & Associates |
| P. O. Drawer 1388 | Post Office Drawer 3979 |
| Biloxi, MS 39533 | Jackson, Mississippi  39207-3979 |
| (T) (228) 374-5151 | (T) 601-968-9420 |
| (F) (228) 374-6630 | (F) 601-968-9425 |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANT |
| ROBERT L. LUMPKIN and | FIRST ASSURANCE LIFE OF AMERICA |
| THELMA LUMPKIN | and BUTCH OUSTALET, INC. |

s/Erin P. Lane
P. Ryan Beckett (MSB #99524)
Erin P. Lane (MSB #100023)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(T) (601) 948-5711
(F) (601) 949-4555

ATTORNEYS FOR DEFENDANT
AMERICREDIT FINANCIAL SERVICES, INC.


Jackson 2393444v.2